

211 West Jefferson Street, Suite 20
Syracuse, NY 13202-2680
Phone: (315) 474-2943
Fax: (315) 474-0235
www.sugarmanlaw.com

January 31, 2024

**VIA ELECTRONIC FILING**

Honorable Miroslav Lovric
U.S. Magistrate Judge
Federal Building and U.S Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:        *Byrd, et al v. Buyck, et al*
    Our File:   X07011
    Case No.:  5:23-cv-0390-DNH-ML

Dear Judge Lovric:

    Please be advised that I represent the defendants, Town of DeWitt Police Officer Corey Buyck and Town of DeWitt Police Officer Rory Spain, in the above-referenced matter. I am submitting this letter as a joint status report with the consent of plaintiffs' counsel, Jeffrey S. Shelly, Esq. and Jasper L. Mills, Esq., in accordance with Your Honor's Text Order (Document 38).

    The parties are in the process of exchanging paper discovery. I served discovery demands upon plaintiffs' counsel on December 15, 2023. Mr. Shelly requested additional time to serve responses so that he can handle a family medical issue. I granted an extension until February 9, 2024, with additional time if he needs it. I am waiting to be served with plaintiffs' discovery demands. Once the parties exchange paper discovery and I am in receipt of all of plaintiffs' relevant medical records, we will proceed with depositions of the parties and then the non-party witnesses.

    Thank you for your consideration and courtesies.

    Very truly yours,

    *Brittany L Ha*

    Brittany L. Hannah, Esq.
    Bar Roll No.: 519968
    Direct Dial: (315) 362-8942
    bhannah@sugarmanlaw.com

BLH/dmr

SERVICE BY FAX NOT ACCEPTED

cc:
    Jeffrey S. Shelly, Esq.
    Shelly Law LLC
    300 Tamarack
    Summit, New York 12175

    Jasper L. Mills, Esq.
    Mills Law Group, PLLC
    99 Pine Street, Suite 204
    Albany, New York 12207

SERVICE BY FAX NOT ACCEPTED